# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00387-CV

### In re ETC Texas Pipeline, LTD.

### ORIGINAL PROCEEDING FROM FAYETTE COUNTY

## O R D E R

**PER CURIAM**

Relator ETC Texas Pipeline, LTD. has filed a petition for writ of mandamus and an emergency motion to stay the trial court's abatement order. *See* Tex. R. App. P. 52.1, 52.10(a). We partially grant the motion and temporarily stay the portions of the trial court's June 22, 2022 abatement order that authorized discovery during the abatement pending further order of this Court. *See id*. 52.10(b).

It is ordered on July 8, 2022.

Before Chief Justice Byrne, Justices Triana and Smith